```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID JOHNSON,                                                    JUDGMENT
                                                                  08-CV-1268 (JG)
                Petitioner,

    -against-                                                     FILED
                                                                  IN CLERK'S OFFICE
ROBERT ERCOLE, Superintendent,                                    US DISTRICT COURT E.D.N.Y
Green Haven Correctional Facility,                                ★  SEP 2 4 2008  ★

                Respondent.                                       P.M. _____
------------------------------------------------------------X     TIME A.M. _____
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 22, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       September 23, 2008

                                                Robert C. Heinemann
                                                Clerk of Court

                                        By:     s/Terry Vaughn
                                                Terry Vaughn
                                                Chief Deputy of
                                                Court Operations